FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 AUG 13 AM 10:30

CLERK /tw/
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| KAVON WALTER MOSLEY, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | Case No. CV412-172 |
| ) | CR404-079 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 13 day of August, 2012.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA