# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

FILED U.S. DISTRICT COURT AUGUSTA DIV.
2019 FEB 19 PM 2: 54
CLERK ____ SO. DIST. GA.

| | |
|---|---|
| United States of America<br>v.<br>Kavon Walter Mosley | )<br>) Case No: CR404-00079-001<br>) <br>) USM No: 11876-021<br>)<br>) Solomon A. Amusan<br>) Defendant's Attorney |

Date of Original Judgment: October 27, 2004
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the Court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __274__ **is reduced to** __Time Served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __October 27, 2004__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 2/19/2019

_____
Judge's signature

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia
*Printed name and title*

Effective Date: February 22, 2019
*(if different from order date)*